**IT IS SO ORDERED.**

**Dated: 02:21 PM December 31 2008**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:<br>John Hale<br>Carissa Hale<br><br>      Debtor | CASE NO: 07-51819<br><br><br><br>Judge Marilyn Shea-Stonum<br>Chapter 7 proceeding<br><br>**ORDER ALLOWING COMPENSATION TO**<br>**Kenneth Zerrusen, SPECIAL COUNSEL TO**<br>**THE TRUSTEE** |

     A hearing was held on the 26th day of November October, 2008 upon the application [#23]for authority to pay fees and expenses to Kenneth Zerrusen, Special Counsel for the trustee.  The court finds that pursuant to the order [#18] dated November 28, 2007, counsel was hired by the trustee, Harold Corzin, to pursue a prepetition personal injury claim with was settled for $4, 300.  The terms of the employment provided for counsel to be paid on a 1/3 contingency fee basis.  The applicant is requesting fees in the amount of $1,433.33 and no expenses.
     Notice of the hearing on the application was served upon all interested parties as required and no objection to the fee application was filed nor did anyone appear at the hearing in opposition to said application.  Appearing at the hearing on behalf of the application was trustee Harold Corzin.
     Trustee Corzin indicated to the Court that the trustee reviewed the application recommends payment of the same.  Further, the Court has independently reviewed the application and finds that the services were beneficial to the estate. Therefore, based upon the Court's review and the trustee's recommendation, the Court finds that the fees and expenses should be allowed as applied for.
     THEREFORE, IT IS THE ORDER OF THIS COURT that Kenneth Zerrusen, Special Counsel for the trustee, is hereby allowed fees in the amount of $1,433.33 and no expenses.

                                                                                ###

| | |
|---|---|
| cc: Harold Corzin via ecf<br>    UST via ecf<br>    Kenneth Zerrusen  via regular mail | Debtor by regular mail<br>Attorney for debtor via ecf |

# CERTIFICATE OF NOTICE

```
District/off: 0647-5          User: ddors              Page 1 of 1              Date Rcvd: Dec 31, 2008
Case: 07-51819                Form ID: pdf770          Total Served: 4

The following entities were served by first class mail on Jan 02, 2009.
db          +Carissa Marie Hale,    860 Work Drive,    Akron, OH 44320-2357
db          +John Timothy Hale,     860 Work Drive,    Akron, OH 44320-2357
aty         +Kenneth M. Zerrusen,   3200 West Market St.,,   Suite 300,   Akron, OH 44333-3326

The following entities were served by electronic transmission on Dec 31, 2008.
cr           +E-mail/PDF: rmscedi@recoverycorp.com Dec 31 2008 23:40:03
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 02, 2009**                    Signature:      *Joseph Speetjens*