HAC/lat
2/12/10

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

IN RE:                    )    CASE NO. 07-51819
JOHN & CARISSA HALE       )    CHAPTER 7
        Debtors           )    BANKRUPTCY JUDGE:
                               MARILYN SHEA-STONUM
                          )
                               MOTION TO COMPROMISE
                          )    AND SETTLE DISPUTE
                               (Additional Pre-Petition
                          )    Personal Injury Claim)

                          )

TO THE HON. MARILYN SHEA-STONUM, BANKRUPTCY JUDGE;

Now comes Harold A. Corzin, Trustee herein, and moves this Court for an Order authorizing him to compromise and settle a dispute as follows, to-wit:

On or about December 14, 2006, one of the debtors, John Hale, was involved in an automobile accident when the at-fault party failed to yield and struck the driver's side door of the vehicle Mr. Hale was operating. As a result of the accident, said debtor sustained soft-tissue injury and received treatment therefor. The bulk of the treatment was chiropractic treatment.

The Trustee previously employed counsel so as to assist him in resolving this pre-petition personal injury claim (together with another pre-petition claim which was previously resolved, with the resolution approved by Order of this Court). Counsel reports that

he has received an offer in the amount of $7,800.00 so as to resolve all issues with respect to this claim. The Trustee believes that accepting this amount would be in the best interest of the creditors of the estate, in that it is the highest amount that Trustee's counsel believes can be obtained without litigation. The Trustee believes that pursuing this matter through litigation would involve undue uncertainty and would increase administrative expenses.

WHEREFORE, the Trustee prays that he be authorized to settle the pre-petition personal injury claim as set forth above for the sum of $7,800.00.

Further, the Trustee prays that this Motion be granted and that a corresponding Order be issued without formal hearing unless a creditor or other party having an interest in these proceedings files a written objection or requests a formal hearing within 20 days from receipt of notice hereof.

/s/Harold A. Corzin
HAROLD A. CORZIN, (0005021)
CHAPTER 7 TRUSTEE
304 Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770 Voice
(330) 670-0297 Facsimile
hcorzin@csu-law.com

2

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion and attached Notice was served upon the following this 12th day of February, 2010:

Debtors:
John and Carissa Hale, 860 Work Drive, Akron, Ohio 44320 (by Regular U.S. Mail)

Attorney for Debtors:

Christopher R. Fortunato, J.P. Amourgis & Associates, 3200 W. Market Street, Suite 106, Akron, Ohio 44333 (served electronically)

Attorney for Trustee:

Kenneth Zerrusen, 3200 West Market Street, Akron, Ohio 44333(served by Regular U.S. Mail)

Office of the United States Trustee, Howard M. Metzenbaum U.S. Court House, 201 Superior Avenue, Room 441, Cleveland, Ohio 44114 (served electronically)

All creditors duly scheduled in this estate as set forth on the Court's creditor mailing matrix (served by Regular U. S. Mail)

/s/Harold A. Corzin
HAROLD A. CORZIN

**NOTICE OF TRUSTEE'S MOTION TO COMPROMISE**

**HAROLD A. CORZIN, Chapter 7 Trustee, has filed papers with the court seeking a compromise of certain property in this estate.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to authorize this compromise, or if you want the court to consider your views on the Notice, then on or before ***March 8, 2010***, you or your attorney must:

**File with the court a written request for a hearing at:**

>Clerk of Courts
>U. S. Bankruptcy Court
>455 Federal Building-Courthouse
>2 South Main Street
>Akron, Ohio 44308

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

**You must also mail a copy to:**

>Harold A. Corzin
>Chapter 7 Trustee
>304 N. Cleveland-Massillon Road
>Akron, Ohio 44333

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Date: February 12, 2010         /s/ Harold A. Corzin
                                Harold A. Corzin
                                Chapter 7 Trustee
                                304 N. Cleveland-Massillon Road
                                Akron, Ohio 44333

4