IN RE:            FILED          CASE NO. 07-51819

JOHN TIMOTHY HALE    2010 MAR 31 AM 9:15     CHAPTER 7

      Debtor         U.S. BANKRUPTCY COURT     REPORT OF UNCLAIMED
                  NORTHERN DISTRICT OF OHIO   DIVIDEND
                        AKRON

    Harold A. Corzin, Trustee herein, reports that check #1004 was issued on July 28, 2009 to the following claimant as and for a first and final dividend in this estate, in the amount set forth below, but that said check has not been negotiated. The Trustee thus issues check #11005 to the Clerk of Courts in the amount of $1,433.33 as and for an unclaimed dividend herein for the Claimant as set forth in the attached Stale Check Report.

Kenneth Zerusson
Attorney at Law
3200 W. Market Street
#300
Akron, Ohio 44333

                               _/s/ Hal A. C_____
                               HAROLD A. CORZIN, TRUSTEE
                               304 N. Cleveland-Massillon Road
                               Akron, Ohio 44333
                               (330) 670-0770
                               (330) 670-0297 Facsimile
                               Hcorzin@csu-law.com

March 29, 2010

cc: U. S. Trustee              *ck # 11005*
                          *receipt # 81380*

# Stale Check Report

**Trustee:** HAROLD A. CORZIN (550340)
**Case:** 07-51819 - HALE, JOHN TIMOTHY

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-0205l682-65 | 11005 | 03/09/10 | U. S. BANKRUPTCY COURT | | | $1,433.33 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 312-205l682-65 | 1004 | | / / | 0 | | 0.00 | 0.00 | 0.00 | 1,433.33 |

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.