HAC/lat

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 07-51819 |
| JOHN & CARISSA HALE | ) | CHAPTER 7 |
| Debtors | ) | BANKRUPTCY JUDGE: MARILYN SHEA-STONUM |
| | ) | |
| | ) | APPLICATION TO PAY COUNSEL FOR THE TRUSTEE FEES |
| | ) | |

Now comes Kenneth M. Zerrusen, Attorney at Law, having previously been employed as counsel for the Trustee by Order of this Court, and herewith makes application for payment of fees in the amount of $2,600.00.

For cause, Movant states that he was previously employed to serve as counsel for the Chapter 7 Trustee in this estate and that he effectuated the settlement of a pre-petition personal injury claim for the sum of $7,800.00. Movant seeks allowance of fees in the amount of 1/3 of the gross proceeds, or the sum of $2,600.00.

WHEREFORE, the undersigned prays that this Motion be granted and that he be permitted fees in the amount of $2,600.00 as set forth above, the same to be paid as a Chapter 7 administrative expense.

                                       /s/ Kenneth M. Zerrusen
                                       KENNETH M. ZERRUSEN
                                       (#0071251   )
                                       Kisling, Nestico & Redick, LLC
                                       3200 West Market Street
                                       Suite 300
                                       Akron, Ohio 44333
                                       Phone: 330-869-9007

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Application was served upon the following this 4th day of ~~April~~ May, 2010:

Debtors:
John and Carissa Hale, 860 Work Drive, Akron, Ohio 44320 (served by Regular U.S. Mail)

Attorney for Debtors:
Christopher R. Fortunato, 13363 Madison Avenue, Lakewood, Ohio 44107 (served electronically)

Attorney for Trustee:
Kenneth M. Zerrusen, 3200 West Market Street, Suite 300, Akron, Ohio 43433 (by Regular U.S. Mail)

Office of the U. S. Trustee (served electronically)

All creditors as set forth on this Court's creditor matrix (by Regular U.S. Mail)

                                       /s/ Harold A. Corzin
                                       HAROLD A. CORZIN, TRUSTEE

2